IN THE US DISTRICT COURT, PORTLAND, MAINE SCANNED

Docket No.

## Complaint at Law

Count I: Vora v. T. Perry and Conspirators involved with her

(1) Dr. Vora, is a resident of Johnstown, PA with permanent address of house she owns boarded up by city of Johnstown after fire of 12/6/2010 created by conspirators with further fabrications created on 2/1/2011 that city boarded it up without letting me enter the place at all s/or even be able to use my porches for rest, banning me from there, so mailing address is 634 Menocher Blvd, Johnstown, PA 15901. 511 Robb Ave is boarded up, where post office is refusing to deliver mail claiming city boarded it up.

(2) Theory Perry, driver of the vehicle, as claimed by her was a resident of Sanford, Maine with address 4 York St., Sanford, Maine and Police report disappeared on 6/19/2011 & got it back on calling FBI on 7/9/2011, on 7/10/2011.

(3) Apparantly, all these conspirators are working together for theft of these legal papers and on calling FBI, got some of it back, with Memorial hospital some pages coming back prior to FBI call, however Sanford Police report got it back after call to FBI, as extortionist activities are going on even by medical world involved, committing me s/or trying to commit me with Johnstown cops, crisis worker in Johnstown of Cambria County C Mahon s/or St. Francis College, as there was an Irish origin catholic girl from N. Jersey as her friend in the car too with T. Perry and Progressive Ins. Co. was the Ins. Co. then of T. Perry's vehicle and presence of that Irish origin girl is being suppressed to cover up R I 10 activities, and there were white girls from church of DEA ROWE that night. I also found that original grade sheet of Ohio State University with some reference letters by some Professors from there which was sent to me from one of the Institutions to whom it was sent, for a position with adjustments, gone too. However I did find a zerox copy of the OSU grade sheet to complete the website for which I had to pay money for it, however Italian origin owner did not put the header rightly when I had told him as "--- chicken pox, smallpox vaccine scars --", however in the webpages it is that way, as website was completely designed by me with header put by me there moved to bottom of page. I have to see if he will correct the wordings in header or not with webaddress as http://home.earthlink.net/~chandansvora/ with some kids telling me they liked what I put it up, which Verizon Inc., Bell Atlantic earlier failed, as

promised and instead tried to put on something that would have landed me in prison for so yrs. for medical practice and inspite of hassling with them for 6 mths, they did nothing and all conversation with them was tape recorded too on AT&T telephone set at 535 Oakland Ave., for which also as one of the reasons why that place went on fire and boarded up by the city personnel with cops in town fabricating charges against me and doing nothing against the culprits, breaking doors and windows of my rental place, with German origin cop Sgt. Kiefer lying, fabricating charges, destroying evidence in favour of the subject i.e. me which seems to be the general practice in USA & trying to put me thro' useless remedies of medical world etc. due to conspiratorial activities of all kinds and in furtherance thereof and/or in furtherance of several open ended schemes which my conscience does not permit at all.

(4) All the resultant injuries, damages, increase in pain etc. is due to wilful, wanton, reckless and/or intentional misconduct of these conspirators in following particulars and is due to conspiratorial activities of all kinds and in furtherance thereof and/or in furtherance of several open ended schemes: –

(a) In failing not to preplan, 8/12/1983 nightmare in my life again by trying to repeat it all over again in coordination with Irish origin catholic girl from New Jersey as her friend in Sanford Maine; and/or

(b) In failing not to sit purposely, wilfully in the parking lot waiting for me to come thro' as I had said to my younger sister if she wishes she would travel with me to NE'urn states and she will be able to see some part of USA, however she had left earlier saying that she cannot do it and these conspirators expected me to come thro' with my sister and since I had to come to work hearing e/or Bureau of Motor Vehicle hearing in N. Hampshire, I had told my sister that I have to be in that state, I think it was Concord, New Hampshire, e/or Keene, exact place I cannot recall now; and/or

(c) I did see the car with engine running sitting perpendicular to the roadway and I think it was a 3 way, or a 2 way road, I cannot remember and recall at all now, but I did move left as ^ I did not trust the motives of the 2 girls in the car; e/or

(d) In failing, not to push the gas pedal down all the way and come at my car perpendicularly with her SUV with full force and impacted the car on the front side of windshield in front of passenger seat with engine, just the

[...] case was [...] on the front side of the passenger side window pane, when Mr. Creste was trying to make a left turn in his driveway, a Police Chief's daughter's car which she was driving, owned by McGough, owned and registered in the name of Norman McGough on 8/12/83 with insurance on it which got cancelled after the accident and made effective prior to the accident; however the SUV created big scratch marks across the front door on passenger side across to backside, that some cars that had stopped in the oncoming lane seeing that I was being pushed across from my lane and everybody suspected I will be in the oncoming traffic lane in spite of holding the steering wheel very tightly to prevent that; and it passed onto the trailer damaging both car and the trailer and obviously there was not enough space for SUV to fit the space between the car and the trailer to demolish the hitch totally.

(e) In failing not to give me their complete names, insurance co. name and addresses to me at all, even then or later on, inspite of request for it several times, until I found out somehow that Progressive Insurance Co. was the name of insurance co. covering her car.

(f) In failing, not to jeopardize the purpose of my trip to far N.E. to be able to go to hearing scheduled in New Hampshire, putting my car and trailer out of order practically, as I had to pay money and get help even to make car drivable to reach New Hampshire next day.

(g) In failing not to take her foot off the pedal & kept on it all the way down motivated to damage my vehicles and me, no question about it; and/or kept pushing my vehicles with her vehicle;

(h) In failing to provide expenses for my own remedy which is better than medical worlds remedies, and since I had no medical coverage at all, could not take chances going to medical doctors at all, as a person does not recover fully at all with their remedies and had no time at all for all this as I had to be in

New Hampshire to prevent severe losses in all aspects, financially, reputation, standing etc. even to get arrested, put in prison for not showing up; and/or

(i) In failing not to do such things to deter my advertisement on my scarfree remedies for good businesses, chickenpox vaccine scars, smallpox vaccine scars, sooth pain, headaches as such which was painted on my car, trailer with motive to get sop of the business profits otherwise business will not see the light of the day, and/or

(j) In failing not to cause such injuries that will trouble for life thus disabling me more and more that I won't be able to do anything even with adjustment to be able to earn my livelihood, all motivated to create a 2nd Ramanujan in my life to extract my inventions discoveries of scarfree remedy, gene therapy, to sooth pain and headache etc. as such and Dr. Vora has managed to state more than 2 predicate acts aided by T. Perry in coordination with her friend; s/or

(k) In failing not to go along conspiratorially to do such thing with her friend and catholic world with their supporters and workers - all was in furtherance thereof and/or in furtherance of several open ended schemes (a') one of which is to defraud me totally, (b') to be able to extract my inventions and discoveries by any means; (c') to make the name of that Irish origin lady in Perry's ear with medical bills other to disappear totally, etc.

(5) As a consequence of all this, Dr. Vora suffered and have been suffering from (a) severe aggravation of preexisting injuries and more injuries too; have been suffering
(b) severe emotional, mental anguish too;
(c) "    "    ,    " distress too;
(d) cannot walk easily & all this contributed more towards not able to walk that easily at all;
(e) not able to prepare my gene therapy and use it to sooth pain;
(f) severe pain at times and there is pain 24 hrs a day.

(9) suffering terribly without any monthly expenditures as I am not eligible for any benefits of Social Security, Medicare, Medicaid since I did not work on a resident alien card for 10 years now in USA and that will never be the case, as I will be 66 yrs old in Oct 2011, I have non transferable assets in India, and creating such hardships on me by their deeds is beyond imagination other than manifest injustice and/or

(h) suffering terribly without any pocket expenses too as I am not eligible for any benefits of cash on welfare program or any other program, and since March 2010, I think, all I get is food stamps because they say, law changed last year on food stamps and I will never be eligible for any cash benefits at any time in USA as I have non transferable amount in India, as per my agreements with some banks to get higher interest rate, to make ends meet here and be able to live a very, very hard life too.

(i) suffering from terrible hardships, as courts failed to compensate me with enough medical expenses for life in 1983 after disabling me totally and did not put loss of wages in my pockets at all on total fraud pursuant to conspiratorial activities of all kinds and in furtherance thereof and/or in furtherance of several open ended schemes.

(6)   WHEREOF Dr. Vora is demanding in excess of 1 million from this conspirator, injurer for putting me thro' such terrible pains, nightmares in my life, unable to contribute any time towards business, to make it take off the grounds, unable to take care of more important matters, taking my time away totally to get such complaints out and get relief and be able to get my house back to be able to live in it as well as try to get complaint written against many such conspirators. So demand all types of damages including punitive, exemplary, all sorts of damages.

Respectfully Submitted

Chandan Vora.

7/19-12011-4

Count II

Vora v Progressive Insurance

(7) Dr. Vora is setting the contents of all prior paragraphs here as if in full by reference thereto

(8) Progressive Insurance Co. is an insurance co. insuring motor vehicles like that of T. Perry on the date of the accident in Seward, Maine with headquarters 6300 Wilson Mills Rd., Mayfield Village, OH 44443 with local address in Maine as 600 Sable Oaks Drive, 15C South Portland, Maine 04106

(9) All the resultant injuries, damages, increase in pain etc. is due to wilful, wanton, reckless and/or intentional misconduct of these conspirators in following particulars and is due to conspiratorial activities of all kinds and in furtherance thereof and/or in furtherance of several open ended schemes:-

(a) In failing not to give me runaround even to pay me damages for the car, as I do recall relieving them for it for minimum amount of money they offered me, as a total loss, did not pay me for it as an antique car value at all, so on that too my claim is valid; s/or

(b) In failing not to create stresses and strains on me telling me they will be at Brat Touring place once or twice on certain time did not show up at all then, however shoved up next time and I had to walk from 511 Robb Ave. 2 mls. everytime to be able to meet them, knowing already that I am in poor health, in totally disabled condition, s/or

(c) In failing at all to compensate me for the physical injuries suffered at all, even though I was using my gene therapy to sooth my condition, being in neurologic state since 8/12/1983 and knowing that my body cannot tolerate nor take chemical drugs anymore that easily with what

7/19-/20/11 - 5

Dr. Patterson of Free Clinic went along with me and told me and agreed with me, don't take chemical drugs, use your gene therapy when needed; so my wisdom was correct, not to go to medical doctors, who do nothing but prescribe chemical drugs which puts me in worse condition most of the time than what I was earlier, and so I had and was not taking any chances going to medical doctors for it, and that had prevented me in Maine too and there was no time for it at all, and knew I would not and cannot afford to pay these bills of medical world at all, at any time; &/or

(d) In failing not to make just mockery of justice by their egregious behaviour of offering me just $300 for my injuries and wanted me to sign the paper saying I am relieving them of all liabilities and this would be the total settlement when such an amount doesn't even cover the visit to hospital anywhere, so let alone other expenditures; &/or

(e) In failing to give me T. Perry's address, policy no. time and again, telling me law prohibits them to do so, when that is not the case, as law clearly says, when a person hits your vehicle, that person or their insurance co. should give name and address of the person hitting the car, policy no. with their insurance co's name, likewise for the person whose vehicle got hit and always fooling me on that, so request the court to make them

7/#9-/20/1-6

give me the address of T. Perry, present one and at the time of accident too, so that service can be conducted by appropriate authorities for in personam jurisdiction for damages. They i.e. Progressive Insurance co. again refused on 6/19/2011 to provide the address of T. Perry with her policy no., so courts should order insurance co. to provide me with a copy of her policy too with coverage she has on it; s/or

(f) In failing not to intrude into my house at 511-511½ Roble Ave. and making the name, address of the Irish origin lady that was in the car of T. Perry at 511 Roble Ave. with her medical bills disappear totally from my house, as she was and is a witness to all the facts too, which is also egregious, wilful, wanton, reckless behaviour in violation of Amend 4, as nobody else would be interested in doing that other than Progressive Insurance and/or T. Perry, with other conspirators; s/or

(g) Fact remains that when injuries are suffered those injured parts usually become athritic and gives terrible pains usually and that is the case with Vora's 5 fingers which suffered severe stresses and strains etc. by holding steering wheel of the Ford Fairmont car to prevent it going into the pathway of oncoming cars s/or

(h) These conspirators are part and parcel of conspirators who set my house on fire of 511-511½ Roble Ave. on 12/6/2010 and conducted fabrications again of fire on 2/1/2011 barring me from my own property unlike the treatment given to whites which is also violation of Amend 14 due process rights, s/or

(i) In failing not to deprive me of my evidence of swollen fingers on my both hands that throb, as I have taken pictures of these 5 swollen fingers and probably are boarded up at 511, 511½ Roble Ave., so I may have to take pictures again of these swollen throbbing fingers as evidence for court of injuries to get compensated for it, with punitive, exemplary damages with damages of all kinds.

7/19/2011 - 8

(10) Dr. Vora is setting the contents of pars. 5, 6 in foregoing pars. here as if in full by reference thereto.

Respectfully submitted

Certificate of Service

I, Dr. Chandan S. Vora, pro se litigant in IFP do certify that on 7/19, 2011 following were served by 1st class ordinary mail, postage prepaid

(1) Clerk, USDC, 156 Federal St., Portland, Maine 04101 with 4 copies of complaint; 1 for fed-ct., 3 for defendants.

Chandan Vora

mailing address uptil Aug. ending: 634 Menoher Blvd, Johnstown, PA 15901 with no place to stay, until 511-511½ Roble Ave. is given back to me by City of Johnstown escorts here.

Enclosures: (1) Police report of Sanford Police Dept.
(2) Pictures of swollen throbbing fingers on both hands, 2 on left hand & 3 on R hand for federal court and zerox copy to Legal Services for elderly. (3) Affidavit of Vora and other people who witnessed how terribly Vora suffers.

Affidavit

We, the undersigned, being of adult age, sound mind, out of personal knowledge depose as follows:-

(1) Dr. Vora's injuries giving rise to extraordinary, excruciating pains at times that she cannot even take a step, with involuntary painful sounds coming out of her mouth "saying Oh my God, Oh my God" something similar to this too, and seeing her trying to hold her body parts, trying to control her intolerable pains, she cannot do anything like a normal person at all and deserves to be compensated with Loss of wages for life otherwise it would be manifest injustice.

(2) Dr. Vora is over 65 yrs. old, and is not eligible for any benefits of State or US Govt. because of the laws of USA, PA, India and she has no medical coverage of any kind and will never be eligible for it and if she was a white person of European origin, looking at her condition in which she was put on Aug 12th 1983 accident, Loss of wages for life, medical expenses for life etc. including punitive, exemplary, damages would have been put in her pockets and does show manifest injustice and request the courts to grant justice to her and wipe out the total fraud in her case pursuant to which Guardian Ad Litem was created to dupe her thoroughly and reverse the prior rulings & compensate her properly.

All this is being stated under penalty of perjury as per US code so need not be notarized too.

Chandan Vora

Joann Eritano — 3140 Pitt Ave, Johnstown PA 15905

Maryjane George — 177 Western Street, Johnstown PA 15906

Carol Hickman — Dillano PA 15909

Serve copy for T. Perry if US Marshall is ordered by federal court in IFP to serve her.

4 York St, Sanford, Maine 04073