UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DR. CHANDAN VORA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:11-cv-00278-JAW |
| THEARY PERRY, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on August 17, 2011 her Recommended Decision (Docket # 6). Plaintiff filed her objections to the Recommended Decision on October 3, 2011 (Docket # 10). The Court has reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and has made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. The Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (Docket # 6) is hereby AFFIRMED;

2. It is further ORDERED that the Plaintiff's Complaint (Docket # 1) be and hereby is DISMISSED for failure to state a claim.

SO ORDERED.

                              <u>/s/ John A. Woodcock, Jr.</u>
                              JOHN A. WOODCOCK, JR.
                              CHIEF UNITED STATES DISTRICT JUDGE

Dated this 5th day of October, 2011